# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Zurich American Insurance Company ) <br> a/s/o Tosoh Bioscience, Inc., and ) <br> Tosoh Bioscience, Inc., ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Lion Logistics, Inc., ) <br>     Defendant. ) | No.: |

## COMPLAINT

Plaintiffs Zurich American Insurance Company a/s/o Tosoh Bioscience, Inc., ("Zurich") and Tosoh Bioscience, Inc., ("Tosoh") ("Plaintiffs"), by their attorneys, for their Complaint against Defendant Lion Logistics, Inc., ("Lion Logistics") states:

## PARTIES

1. Zurich American Insurance Company is an insurance carrier incorporated under the laws of Illinois, with a principal place of business is Schaumburg, Illinois and is authorized to do business in the state of Illinois.

2. Tosoh is a corporation organized under the laws of California and has its principal place of business in California.

3. Lion Logistics is a corporation organized under the laws of Illinois and has its principal place of business in this judicial district in Bensenville, Illinois.

## JURISDICTION

4. This Court has subject matter jurisdiction of this case pursuant to 28 U.S.C. § 1331 because Plaintiffs allege a violation of 49 U.S.C. § 14706

5. This Court has personal jurisdiction over Lion Logistics by reason of its regular and systematic contacts with the State of Illinois including the transportation of the goods which are the subject of this Complaint.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(1) because Lion Logistics has its principal place of business in this district.

## FACTS COMMON TO ALL COUNTS

7. On August 2, 2020 Lion Logistics accepted 775 units of in-vitro diagnostic packs (the "Subject Goods") in this judicial district in good order and condition and agreed to deliver them to Tosoh in Grove City, Ohio.

8. Thereafter, the transporting truck operated by Lion was involved in a rollover accident as a result of which the truck and trailer caught fire resulting in the tragic loss of life of the driver and the complete destruction of the Subject Goods.

9. The damages arising from the total loss of the Subject Goods at the time they were destroyed as a result of the rollover total $152,703.50.

10. Zurich issued a policy of property insurance to Tosoh which, among other things, insured Tosoh against loss and damage to its property including the Subject Goods (the "Policy").

11. Zurich paid Tosoh $147,703.50 for the damages arising from the total destruction of the Subject Goods pursuant to the Policy it issued to Tosoh and Tosoh executed a Subrogation Receipt in favor of Zurich in relation to such payment

12. Tosoh was required to and did pay its deductible of $5,000.00 under the Policy relating to the destruction of the Subject Goods.

13. As a result of the destruction of the Subject Goods Zurich sustained damages in the amount of $147,703.50 and Tosoh sustained damages in the amount of $5,000.00.

## COUNT I – VIOLATION OF CARMACK AMENDMENT

14. Plaintiffs incorporate by reference the allegations in paragraphs 1 through 13 of their Complaint as if fully set forth herein.

15. Pursuant to U.S.C. § 14706(a)(1) Lion Logistics is liable for the damages arising from the destruction of the Subject Goods because the damage occurred while Lion Logistics was transporting the Subject Goods in interstate commerce.

16. As a direct and proximate result of Lion Logistics' violation of U.S.C. § 14706(a)(1) Plaintiffs sustained damages in the amount of $152,703.50.

## CONCLUSION

WHEREFORE, Plaintiff Zurich American Insurance Company a/s/o Tosoh Bioscience, Inc., and Tosoh Bioscience, Inc., respectfully request that this Court enter judgment in their favor and against Defendants Lion Logistics, Inc., in the amount of $152,703.50, and award them prejudgment interest, costs and all further relief this Court deems just.

By: /s/ John F. Horvath
John F. Horvath
Michael T. McCracken
Horvath & Weaver, P.C.
10 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 419-6600
Facsimile: (312) 419-6666
jhorvath@hlpc-law.com